IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SYS-CON, LLC, ) <br> ) <br> Defendant. ) | CASE NO. 2:18-CV-837-WKW |

## **ORDER**

Before the court is Plaintiff's Unopposed Motion for Stay and Extensions. (Doc. # 18.) Funding for the EEOC lapsed at midnight on December 21, 2018, and Plaintiff represents that it is prohibited from litigating this matter until normal operations resume. Accordingly, it is ORDERED that this motion (Doc. # 18) is GRANTED to the extent it requests a stay of proceedings, and this matter is STAYED. All pending deadlines are continued generally until further order of the court.

It is further ORDERED that Plaintiff is to file a motion to lift the stay when its normal operations have resumed.

DONE this 9th day of January, 2019.

                                                 /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE